UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS-ROBERTO FLORES GUEVARA,)<br>)<br>Plaintiff(s),  )<br>)<br>v.  )<br>)<br>SARA NELSON, et al.,  )<br>)<br>Defendant(s).  )<br>_____) | No. C10-4423 BZ<br><br>**ORDER** |

    Plaintiff is **ORDERED** to immediately comply with Local Rule 3-4(a)(1) and provide all the contact information required by that Rule.

Dated: October 19, 2010

                                                       _/s/ Bernard Zimmerman_
                                                       Bernard Zimmerman
                                           United States Magistrate Judge

G:\BZALL\-BZCASES\GUEVARA V. NELSON\ORD REQST COMPLIANCE W LOCAL RULE.wpd

1