**\*\*E-filed 11/22/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUIS-ROBERTO: FLORES: GUEVARA,<br><br>             Plaintiff,<br>   v.<br><br>SARA NELSON, et al.,<br><br>             Defendants.<br>_____/ | No. C 10-4423 RS<br><br>**ORDER DENYING MOTION FOR<br>DEFAULT JUDGMENT** |

Plaintiff Luis-Roberto: Flores: Guevara[1] moves for entry of default judgment against defendants Sara Nelson, Thomas McAllister, Edward Berberian, Paul M. Haakenson, Tamara

---

[1] The colons in plaintiff's name reflect his preferred usage, which the Court will honor. Plaintiff also asserts, however, that his name "cannot be spelled in all capital letters [UPPERCASE] and must be spelled by the capitalization rules of the English language." Plaintiff is advised that no applicable "capitalization rules" preclude the use of an all-uppercase font in captions, in definitions, for emphasis, or for various other purposes. By well-established convention, all-uppercase names are used in pleading captions and in certain other instances in this Court's documents. The Court will not entertain any arguments that such usage is improper, or that when plaintiff's name is written that way, the document does not refer to or apply to him. If plaintiff wishes to avail himself of the privilege of litigating in this forum, he must accept its conventions. Likewise, plaintiff's insistence that his mailing address must be written in a non-standard form is without legal merit or consequence. The Court will address mail to plaintiff using the state name abbreviation "CA" that the United States Postal Service has approved and which it requests customers to use. Any argument that plaintiff need not accept or respond to documents so addressed is frivolous and will be disregarded.

Chellam, and Kim Turner.  Plaintiff brought his motion prior to the time he reasonably could have been expected to receive his mailed copies of these defendants' motions to dismiss.  Those motions, however, were already on file when plaintiff's motion was filed, contrary to his assertions therein.  Accordingly, the Clerk of the Court properly denied plaintiff's request to enter defendants' defaults, and there likewise is no basis to enter default judgment against them.  Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: 11/22/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

**THIS IS TO CERTIFY THAT A HARD COPY OF THIS ORDER WAS MAILED TO:**

Luis-Roberto: Flores: Guevara
c/o non-domestic
GENERAL DELIVERY
NOVATO, CA  94947-9999

DATED:  11/22/2010

/s/ Chambers Staff
Chambers of Judge Richard Seeborg

3